Case 1:06-cr-00041-CM    Document 226    Filed 01/29/25    Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRANDON SHAW,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-29-25

06-CR-41-01 (CM)

## ORDER REGARDING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE OR REDUCTION OF SENTENCE

McMahon, J.:

Brandon Shaw has filed a motion asking the Court to grant him compassionate release. (ECF Document 225). Shaw is serving life in prison.

The Government is to respond to the motion within 45 days.

The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Dated:  January 29, 2025
        New York, New York

_____
COLLEEN McMAHON
United States District Judge